IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GINO BUTLER,

  Petitioner,

    v.

WALTER BERRY WARDEN,

  Respondent.

CIVIL ACTION FILE
NO. 1:15-CV-3038-TWT

**ORDER**

This is a pro se prisoner habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending denying the Petition for failure to obtain the permission of the Court of Appeals to file a successive action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be granted.

SO ORDERED, this 8 day of October, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Butler\r&r.wpd